**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                               **PLAINTIFF**

**v.**                             **Case No. 4:14-cr-00173 KGB**

**KWOME LATAYE GREEN**                                                                       **DEFENDANT**

## ORDER

Pending before the Court is defendant Kwome Lataye Green's motion to continue change of plea hearing (Dkt. No. 38). The motion states that the government does not have an objection to the request for a continuance. For good cause shown, the motion is granted.

The plea hearing currently scheduled in this matter for Tuesday, May 26, 2015, is removed from this Court's calendar and rescheduled for Thursday, May 28, 2015 at 3:30 p.m.

It is so ordered this 26th day of May, 2015.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge